IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Darlene

Printed: 10/30/07

Case Number: 06 B 15945
Judge: Hollis, Pamela S
Filed: 12/4/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 20, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,748.68 |  |
| Secured: |  | 3,799.48 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 353.47 |
| Other Funds: |  | 95.73 |
| Totals: | 6,748.68 | 6,748.68 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,500.00 | 2,500.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Pay Day Loans | Secured | 0.00 | 0.00 |
| 4. | Blue Green Corp | Secured | 5,615.00 | 937.92 |
| 5. | Americredit Financial Ser Inc | Secured | 16,882.57 | 2,861.56 |
| 6. | Blue Green Corp | Secured | 1,471.90 | 0.00 |
| 7. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 8. | Premium Asset Recovery Corp | Unsecured | 123.08 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 55.73 | 0.00 |
| 10. | AmeriCash Loans, LLC | Unsecured | 177.18 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 62.19 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 140.92 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 43.30 | 0.00 |
| 14. | America's Financial Choice Inc | Unsecured | 47.59 | 0.00 |
| 15. | Internal Revenue Service | Priority |  | No Claim Filed |
| 16. | Cashnet | Unsecured |  | No Claim Filed |
| 17. | AT&T | Unsecured |  | No Claim Filed |
| 18. | E R Solutions | Unsecured |  | No Claim Filed |
| 19. | US Fast Cash | Unsecured |  | No Claim Filed |
| 20. | MacNeal Memorial Hospital | Unsecured |  | No Claim Filed |
| 21. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 22. | Nicor Gas | Unsecured |  | No Claim Filed |
| 23. | Nicor Gas | Unsecured |  | No Claim Filed |
| 24. | Harris & Harris | Unsecured |  | No Claim Filed |
| 25. | Premium Asset Recovery Corp | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Darlene | Case Number: 06 B 15945 |
| | Judge: Hollis, Pamela S |
| Printed: 10/30/07 | Filed: 12/4/06 |

| | | | |
|---|---|---|---|
| 26.  Route 66 Roller Rink | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 27,119.46 | $ 6,299.48 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 46.00 |
| 5.4% | 307.47 |
| | _____ |
| | $ 353.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ _____